# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Phaneuf,
  Plaintiff,

   CIVIL ACTION

 V.

   NO. 15-40081-TSH

Lustig, Glaser & Wilson, P.C.,
  Defendant,

## ORDER OF DISMISSAL

**Hillman, D. J.**

In accordance with the Court's Electronic Order dated 11/9/15, granting the defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

             By the Court,

 11/9/15             /s/ Martin Castles
  Date              Deputy Clerk